UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DOCKET & FILE

COLLIN PEART,

                              Plaintiff,

**STIPULATION AND ORDER OF DISMISSAL**

-against-

10 CV 599 (KAM) (RER)

THE CITY OF NEW YORK, DERVENT WILLIAMS (SHIELD NO. 12845), DEAN CAMPBELL (SHIELD NO. 24826),

                              Defendants.
------------------------------------------------------------X

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed with prejudice.

Dated:  New York, New York
           September ___, 2010

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

By: _____
     ROBERT MARINELLI

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-~~193~~ 173
New York, New York 10007
(212) 788-~~1816~~ 0422

By: _____ 10/4/10

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
10/7/10

2